

100 WEST LAWRENCE STREET
POST OFFICE BOX 2728
APPLETON, WI 54912-2728
TEL 920-830-2800
FAX 920-830-3530
www.gklaw.com

October 15, 2009

**VIA ELECTRONIC FILING**

Honorable William C. Griesbach
U.S. District Judge
Eastern District of Wisconsin
125 S. Jefferson Street
Green Bay, WI 54301

      RE:    Massachusetts Public Pension Funds et al v. Oshkosh Corporation et al
               Case No. 08-cv-0797

Dear Judge Griesbach:

      I enclose for your consideration a copy of Judge Clevert's decision in <u>In Re Harley Davidson, Inc. Securities Litigation</u>, Case No. 05-C-0547-CNC.

      This Order was issued on October 8, 2009, after the briefing on the Motion to Dismiss in the above-captioned case was completed.

                    Very truly yours,

                    GODFREY & KAHN, S.C.

                    *s/ Daniel T. Flaherty*

                    Daniel T. Flaherty

DTF:smg
Encl.
cc:    Counsel of Record, with enclosure (see attached list)

4276322_1

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON, WASHINGTON DC AND SHANGHAI, PRC
GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS.

Via ECF Notice:

       Guri Ademi
       Shpetim Ademi
       George Burnett
       Alan I. Ellman
       Robert H. Friebert
       Jonathan Gardner
       Christopher J. Keller
       Sidney S. Liebesman
       Mark S. Goldman
       Timothy F. Hansen
       John F. Hartmann
       Brian D. Penny
       Joshua Z. Rabinovitz
       Paul F. Linn
       Corey Mather
       Patrick G. McBride
       Jason R. Oldenburg
       David A. Rosenfeld
       Samuel H. Rudman
       Carol C. Villegas

Via First Class Mail:

       D. Seamus Kaskela                   Stefanie J. Sundel
       Barroway Topaz Kessler Meltzer     Labaton Sucharow LLP
       & Check LLP                       140 Broadway
       280 King of Prussia Road           New York, NY 10005
       Radnor, PA 19087

       David M. Promisloff
       Barroway Topaz Kessler Meltzer
       & Check LLP
       280 King of Prussia Road
       Radnor, PA 19087