# United States District Court

EASTERN DISTRICT OF WISCONSIN

IRON WORKERS LOCAL
NO. 25 PENSION FUND, et al.,
         Plaintiffs,
v.                                              Case No. 08-C-797

OSHKOSH CORP., et al.,
         Defendants.

---

RICHARD SAXON,
         Plaintiff,
v.                                              Case No. 08-C-862

OSHKOSH CORP., et al.,
         Defendants.

---

WESLEY CHILDS,
         Plaintiff,
v.                                              Case No. 08-C-870

OSHKOSH CORP., et al.,
         Defendants.

---

## JUDGMENT IN A CIVIL CASE

☒     **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the motions to dismiss are granted and these actions are dismissed with prejudice.

                                    Approved:     s/ William C. Griesbach
                                                           WILLIAM C. GRIESBACH
                                                           United States District Judge

Dated: April 1, 2010.

                                                                         JON W. SANFILIPPO
                                                                         Clerk of Court

                                                                         s/ Terri Lynn Ficek
                                                                         (By) Deputy Clerk